| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 91-05014-01-CR-SW-RED |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 04-10226 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James P. Pazzanese | Western Missouri | Southwestern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Russell G. Clark | |
| | DATES OF PROBATION /SUPERVISED RELEASE: FROM November 24, 2003 | TO November 23, 2008 |

**OFFENSE**

Count 1: Conspiracy to Distribute a Mixture or Substance Containing Cocaine
Count 2: Possession With Intent to Distribute a Mixture or Substance Containing Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/2/04_                                    _Richard E. Dorr_
Date                                         Richard E. Dorr, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 23, 2004_                              _William G. Young_
Effective Date                               United States District Judge